FILED
2021 Feb-10  PM 03:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **POLLY DIANE TRANTHAM and** | ) | |
| **LAURA ANN WILLIAMS,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **1:16-cv-1476-KOB** |
| **v.** | ) | |
| | ) | |
| **SOCOPER, INC. d/b/a LONG LEAF** | ) | |
| **LODGE and JAMES L. COXWELL,** | ) | |
| | ) | |
| **Defendants.** | | |

## ORDER

The court has before it Plaintiff's "Motion to Declare Polly Trantham Unavailable to Testify at Trial and to Use Her Deposition Pursuant to Rule 32(a)(4)(E)." (Doc. 129).

Because the court granted Plaintiff's motion in limine regarding the alleged acts of Ms. Trantham (docs. 136, 160), finding that Defendants may not mention Ms. Trantham's pending criminal charges, that the trial was bifurcated as a result of the criminal charges, or the matter in which defense counsel represented Ms. Trantham, the court DENIES as MOOT Plaintiff's motion to declare Ms. Trantham unavailable.

DONE and ORDERED this 10th day of February, 2021.

_Karon O. Bowdre_

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE