### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **POLLY DIANE TRANTHAM and** ] <br> **LAURA ANN WILLIAMS,** ] <br>     Plaintiffs, ] <br> ] <br> v. ] <br> ] <br> **SOCOPER, INC., d/b/a Long Leaf** ] <br> **Lodge and JAMES COXWELL,** ] <br>     Defendants. ] | **CIVIL ACTION NO.:** <br> **1:16-cv-1476  KOB** |

### FINAL JUDGMENT AS TO PLAINTIFF LAURA ANN WILLIAMS

This matter came before the court for trial by jury on June 28, 2021. In accordance with the Special Interrogatories to the Jury (doc. 194), the court **ENTERS FINAL JUDGMENT** in favor of Plaintiff Laura Ann Williams **ONLY** and against Defendants Socoper, Inc. d/b/a Long Leaf Lodge and James Coxwell, on Ms. Williams's 42 U.S.C. § 1981 Retaliation (Count XI), state-law Invasion of Privacy (Count XII), and state-law Outrage/Intentional Infliction of Emotional Distress (Count XIII) claims. The court **ENTERS FINAL JUDGMENT** in favor of Defendants Socoper, Inc. d/b/a Long Leaf Lodge and James Coxwell on Ms. Williams's 42 U.S.C. § 1981 Race Discrimination (Count VIII) claim.

The jury awarded Ms. Williams damages in the following amounts:

Ms. Williams's 42 U.S.C. § 1981 Retaliation (Count XI) Claim

-Compensatory Damages for Net Loss of Wages and Benefits: $3,570

-Compensatory Damages for Emotional Pain and Mental Anguish: $200,000

    -Punitive Damages Assessed against James Coxwell.: $200,000

    -Punitive Damages Assessed against Socoper, Inc.: $200,000

<u>Ms. Williams's State-Law Invasion of Privacy (Count XII) and Outrage/Intentional Infliction of Emotional Distress (Count XIII) Claims</u>

    -Compensatory Damages for Emotional Pain and Mental Anguish: $200,000

    -Punitive Damages against James Coxwell: $200,000

    -Punitive Damages against Socoper, Inc.: $200,000

The jury awarded Ms. Williams $1,203,570 in total damages.

The court **ENTERS FINAL JUDGMENT** against Defendants Socoper, Inc. and James Coxwell and in favor of Ms. Williams in the amount of $403,570 in compensatory damages; against Defendant Socoper, Inc. and in favor of Ms. Williams in the amount of $400,000 in punitive damages; and against Defendant James Coxwell and in favor of Ms. Williams in the amount of $400,000 in punitive damages.

Costs are taxed in favor of Plaintiff Laura Ann Williams, and against the Defendants. Plaintiff's counsel may file a petition for attorney's fees **on or before August 13, 2021**.

**DONE** and **ORDERED** this **30th day of July, 2021.**

_Karon O. Bowdre_
**KARON OWEN BOWDRE**
**UNITED STATES DISTRICT JUDGE**