# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

|  |  |
|---|---|
| **POLLY DIANE TRANTHAM,**<br>     Plaintiff,<br><br>v.<br><br>**SOCOPER INC.** *et al.***,**<br>     Defendants. | **Case No.: 1:16-cv-1476-CLM** |

## FINAL JUDGMENT

On July 9, 2025, a jury returned a verdict in favor of Plaintiff Trantham and against Defendants Socoper, Inc. and James Coxwell, (Doc. 357). In consideration of the jury's verdict, the court **ENTERS FINAL JUDGMENT** in favor of Plaintiff Trantham in the following amounts:

Claim 1: § 1981 Retaliation: $25, 295.50 for lost wages and benefits, $200,000.00 for emotional pain and mental anguish, and $400,000.00 in punitive damages.

Claim 2: Invasion of Privacy: $400,000.00 for emotional pain and mental anguish and $800,000.00 in punitive damages.

Claim 3: Outrage: $600,000.00 for emotional pain and mental anguish and $1,200,000.00 in punitive damages.

Cost taxed against Defendants. The court **DIRECTS** the Clerk of Court to close this case.

**DONE** and **ORDERED** on July 22, 2025.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE